AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brandon Wade Photography, LLC,<br>*Plaintiff(s)*<br><br>v.<br><br>Signing Day Sports, Inc,<br>*Defendant(s)* | ) | Civil Action No. CV-26-06013-PHX-DJH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Signing Day Sports, Inc
c/o Telos Legal Corp.
13 West Main Street, P.O. BOX 953
Felton, DE 19943

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**FRANCES LANGE**
**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Cl*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ISSUED ON 11:42 am, Aug 25, 2026**
**s/ Daniel R. McAllister, Clerk**

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This Summons for *(name of individual and title, if any)* ______________________________________
was received by me on *(date)* ____________________.

[ ] I personally served the summons on the individual at *(place)* __________________________
____________________________________________________ on *(date)* _______________; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _______
__________________________, a person of suitable age and discretion who resides there,
on *(date)* ________________, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
_____________________________________ on *(date)* ________________ ; or

[ ] I returned the summons unexecuted because ________________________________ ; or

[ ] Other *(specify)*:

My fees are $ ___________ for travel and $ ___________ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: ________________

__________________________________________
*Server's signature*

__________________________________________
*Printed name and title*

__________________________________________
*Server's address*

Additional information regarding attempted service, etc: